UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| Donald W. Stolgitis, | * | CASE NO.: 15-40235-HJB |
| DEBTOR(S) | * | |
| | * | |

## MOTION TO DISMISS VOLUNTARY PETITION

NOW COMES the Debtor, Donald W. Stolgitis, through undersigned counsel, and moves pursuant to 11 U.S.C. Section 1307(b), that this Honorable Court dismiss the above-captioned case. As reasons therefore, the Debtor states the following:

1. On February 10, 2015, the Debtor filed a voluntary Chapter 13 petition.

2. This case has not been previously converted under 11 U.S.C. Sections 706, 1208, or 1112.

WHEREFORE, the Debtor prays that the order for relief resulting from the filing of the voluntary petition be set aside, that the voluntary petition for relief under Chapter 13 of the Bankruptcy Code be dismissed forthwith, and for such other relief as this Honorable Court deems just.

Donald W. Stolgitis
By his attorney,

/s/ Troy D. Morrison
Troy D. Morrison, Esquire
Morrison & Associates, P.C.
255 Park Avenue, Suite 702
Worcester, MA 01609
(508) 793-8282
BBO # 635389

February 24, 2015              tmorrison@morrisonlawpc.net

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| Donald W. Stolgitis, | * | CASE NO.: 15-40235-HJB |
| DEBTOR(S) | * | |
| | * | |

## CERTIFICATE OF SERVICE

I, Troy D. Morrison, attorney for the within named, Karin E. Nelson, hereby certify that I have served on this 24th day of February 2015 a copy on the following interested parties of the within Motion to Dismiss, by ECF Notification to the following participants:

- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV

- Denise M. Pappalardo    denisepappalardo@ch13worc.com, paper@mab.uscourts.gov

And by mailing a copy thereof, via first class mail, postage prepaid, to the following and the attached list of creditors:

**Internal Revenue Services**
Post Office Box 9112
Boston, MA 02113

**Massachusetts Department of Revenue**
Post Office Box 9564
Boston, MA 02114

**Rushmore Loan Management Services**
Post Office Box 52708
Gilbertville, MA 01031

**Donald W. Stolgitis**
293 Lower Road
Gilbertville, MA 01031

/s/ *Troy D. Morrison*
Troy D. Morrison, Esquire
BBO # 635389
tmorrison@morrisonlawpc.net